UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAY BETTENCOURT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. PARKS, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00150-BAM (PC)<br><br>ORDER TO FILE CONSENT OR DECLINE FORM OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF Nos. 3, 6)<br><br>ORDER TO CLERK'S OFFICE TO SEND PLAINTIFF A THIRD ORDER RE CONSENT OR DECLINE TO MAGISTRATE JURISDICTION<br><br>**FOURTEEN (14) DAY DEADLINE** |

　　Plaintiff Gary Ray Bettencourt ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, initiated in this civil rights action pursuant to 42 U.S.C. § 1983 on February 2, 2016. (ECF No. 1.) On February 3, 2016, the Court ordered Plaintiff to either consent to or decline to Magistrate Judge jurisdiction within thirty (30) days of service of that order. (ECF No. 3.) Plaintiff failed to comply with the order.

　　On March 21, 2016, the Court issued a second order requiring Plaintiff to file a consent or decline form within thirty (30) days of service of that order. (ECF No. 6.) More than forty (40) days

has passed since the second order was served, and Plaintiff has not complied with or otherwise responded to either of the Court's orders.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Further, the failure of Plaintiff to prosecute this action is grounds for dismissal. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006).

Accordingly, it is HEREBY ORDERED that within **fourteen (14) days** from the date of service of this order, Plaintiff shall either:

1. Complete and return the Order Re Consent or Request for Reassignment, a copy of which is attached hereto; or

2. Show cause in writing why this action should not be dismissed for failure to prosecute.

3. **Plaintiff is warned that the failure to respond to this order will result in dismissal of this action for failure to prosecute and failure to obey a court order.**

IT IS SO ORDERED.

Dated: **May 3, 2016**              /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE