1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11   GARY RAY BETTENCOURT,                )   Case No.: 1:16-cv-00150-DAD-BAM (PC)
                                          )
12                   Plaintiff,           )   ORDER TO RECAPTION CASE
                                          )
13          v.                            )
                                          )
14   L. PARKS, et al.,                    )
                                          )
15                   Defendants.          )
                                          )
16   _____ )

17          Plaintiff Gary Ray Bettencourt ("Plaintiff"), a state prisoner proceeding pro se and in forma in

18   this civil rights action pursuant to 42 U.S.C. § 1983, has identified a typographical error in the caption

19   of this proceeding. Plaintiff states that the Defendant, "L. Parks, DDS" should be identified as, "L.

20   Parker, DDS." Accordingly, the caption for this case shall be as follows:

21          ///

22          ///

23          ///

24          ///

25          ///

26          ///

27          ///

28          ///

                                                    1

GARY RAY BETTENCOURT,               )   Case No.: 1:16-cv-00150-DAD-BAM (PC)
                                    )
              Plaintiff,            )
        v.                          )
                                    )
L. PARKER, et al.,                  )
                                    )
              Defendants.           )
                                    )

IT IS SO ORDERED.

   Dated:   **May 24, 2016**               /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE