# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAY BETTENCOURT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. PARKER, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00150-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 30)<br><br>ORDER DISREGARDING PLAINTIFF'S CIVIL COVER SHEET AND PETITION FOR EXTRAORDINARY WRIT<br><br>(ECF Nos. 29, 31) |

Plaintiff Gary Ray Bettencourt ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 4, 2017, the Court issued an order granting Plaintiff's motion to amend the complaint, and denying as moot various motions related to the prior screening order and status of the case. (ECF No. 28.) Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of that order. (Id. at 4.) Plaintiff timely filed a first amended complaint on September 5, 2017. (ECF No. 33.) The first amended complaint will be screened in due course.

Currently before the Court are Plaintiff's civil cover sheet, motion to proceed in forma pauperis, and petition for extraordinary writ, filed on August 14, 2017. (ECF Nos. 29, 30, 31.) It appears that Plaintiff intended to file these documents with the Ninth Circuit, and has mistakenly

1

filed them with this Court.  Therefore, these documents are disregarded.

To the extent Plaintiff is seeking to proceed in forma pauperis in this action, the motion is denied as moot.  Plaintiff has already been granted leave to proceed in forma pauperis.  (ECF No. 4.)

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 30) is DENIED as moot;
2. Plaintiff's civil cover sheet (ECF No. 29) is DISREGARDED; and
3. Plaintiff's petition for extraordinary writ (ECF No. 31) is DISREGARDED.

IT IS SO ORDERED.

Dated: **September 14, 2017**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE