# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAY BETTENCOURT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PARKER, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00150-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPT OF MEET AND CONFER<br><br>(ECF No. 82) |

    Plaintiff Gary Ray Bettencourt ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims of deliberate indifference in violation of the Eighth Amendment against Defendant Crooks for pulling two teeth that did not need to be pulled, and against Defendants Parker and Guzman for filing down six healthy teeth with a dental tool used for drilling cavities.

    On June 4, 2021, Defendants filed an amended motion to compel Plaintiff to respond to Defendants' request for admissions and responses to request for production of documents. (ECF No. 74.) The Court directed the parties to meet and confer regarding the discovery dispute and to file a joint statement following the parties' conference. (ECF No. 76.) The Court further stayed briefing on Defendants' motion to compel. (*Id.*)

    On June 29, 2021, the parties filed a joint statement memorializing their June 21, 2021 telephonic conference, indicating that while Plaintiff had attempted to mail amended responses,

1  Defendants had not yet received any amended responses.  (ECF No. 79.)  The Court ordered that

2  the motion to compel be maintained on the docket and Defendants should file a further status

3  report within thirty days.  (ECF No. 80.)  On July 26, 2021, Defendants filed a withdrawal of their

4  motion to compel, indicating that Plaintiff had complied and provided amended discovery

5  responses.  (ECF No. 81.)

6        Currently before the Court is Plaintiff's motion for a copy of the transcript of the parties'

7  meet and confer that occurred on June 21, 2021,[1] filed July 30, 2021.  (ECF No. 82.)  Plaintiff

8  states that he requested a copy of the transcript from defense counsel the day of their meet and

9  confer and by another letter sent by legal mail on July 26, 2021.  Plaintiff believes that the court

10 reporter has now typed a copy for his request, and requests that the Court send him a copy as well

11 as the exact cost of the transcript and information as to where payment is to be sent.  (*Id.*)

12       Plaintiff's request is denied.  As far as the Court is aware, no transcript exists for the

13 parties' June 21, 2021 telephonic meet and confer, and the Court is not in possession of any

14 recording of that conference from which a transcript can be created.

15       Accordingly, Plaintiff's motion for transcript of the parties' meet and confer, (ECF No.

16 82), is HEREBY DENIED.

17

18 IT IS SO ORDERED.

19    Dated:   **August 6, 2021**                    /s/ *Barbara A. McAuliffe*            _

20                                           UNITED STATES MAGISTRATE JUDGE

---

[1] While the motion states that the meet and confer occurred on July 21, 2021, it appears that Plaintiff is referring to the meet and confer that occurred on June 21, 2021.  However, even if a second meet and confer was held on July 21, 2021, it would not change the outcome of this order.