**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAY BETTENCOURT,<br><br>                    Plaintiff,<br><br>        v.<br><br>PARKER, *et al.*,<br><br>                    Defendants. | Case No.  1:16-cv-00150-DAD-BAM (PC)<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S SUBMISSION OF MEET AND CONFER EXHIBITS AND MOTION FOR SETTLEMENT CONFERENCE<br><br>(ECF No. 84)<br><br>**Opposition Deadline: August 30, 2021** |

Plaintiff Gary Ray Bettencourt ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's claims of deliberate indifference in violation of the Eighth Amendment against Defendant Crooks for pulling two teeth that did not need to be pulled, and against Defendants Parker and Guzman for filing down six healthy teeth with a dental tool used for drilling cavities.

On August 6, 2021, Plaintiff filed a document which the Court has docketed as "Submission of Meet and Confer Exhibits and Motion for Settlement Conference." (ECF No. 84.)

The Court finds it appropriate to obtain a response from Defendants regarding the motion, particularly Plaintiff's request for a settlement conference.  Accordingly, Defendants shall file a response to Plaintiff's motion, (ECF No. 84), on or before **August 30, 2021**.  Plaintiff's reply, if

1

any, is due within **seven (7) days** from the date of service of Defendants' response.

IT IS SO ORDERED.

    Dated: __**August 10, 2021**__            /s/ *Barbara A. McAuliffe*  
                                                         UNITED STATES MAGISTRATE JUDGE