# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAY BETTENCOURT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PARKER, *et al.*,<br><br>　　　　Defendants. | Case No. 1:16-cv-00150-DAD-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF DOCKET<br><br>(ECF No. 94)<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL PLAINTIFF A COPY OF DOCKET SHEET FROM SEPTEMBER 1, 2021 TO PRESENT |

　　　　Plaintiff Gary Ray Bettencourt ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims of deliberate indifference in violation of the Eighth Amendment against Defendant Crooks for pulling two teeth that did not need to be pulled, and against Defendants Parker and Guzman for filing down six healthy teeth with a dental tool used for drilling cavities.

　　　　Currently before the Court is Plaintiff's "Motion Concerning a Motion Filed and Included Contents and Requesting a Copy of Updated Docket," filed October 25, 2021. (ECF No. 94.) In this motion, Plaintiff seeks confirmation whether the Court has received copies of several recent motions filed, and has attached copies of the proofs of service for those motions. Plaintiff also seeks a copy of the Court's docket in this action. (*Id.*) Defendants have not yet had an opportunity to file a response, but the Court finds a response unnecessary. The motion is deemed

1 submitted. Local Rule 230(l).

2 Plaintiff is informed that the Court received Plaintiff's "Motion for New Proposed Action," which Plaintiff also refers to as a "Brief on Deposition" transcripts, which was mailed on September 17, 2021. That motion was filed with the Court on September 30, 2021 and contained 135 pages. (ECF No. 89.) The Court construed the motion as a motion for summary judgment and on October 8, 2021, denied it without prejudice to re-filing in compliance with the Local Rules and the Federal Rules of Civil Procedure. (ECF No. 90.)

The Court has not received any motions from Plaintiff that appear to correspond to the proofs of service dated September 27, 2021 and attached to his motion at pages 9 and 10. (*See* ECF No. 94, pp. 9–10.)

Generally, the Clerk's Office will provide copies for Plaintiff at a cost of $0.50 per page. Under the circumstances, the Court will make a one-time exception and will direct the Clerk's Office to provide a copy of the most recent docket entries in this action, dated September 1, 2021 to the present, to Plaintiff at no charge. However, Plaintiff is advised that any further copies will need to be paid for by Plaintiff, and that it is his responsibility to maintain copies of all documents submitted to the Court for filing. If Plaintiff needs confirmation that a motion has been received, he should include a copy of the original with a self-addressed stamped envelope with the correct postage, and the Clerk's Office will return a conformed copy to Plaintiff.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for copy of docket, (ECF No. 94), is GRANTED; and
2. The Clerk's Office shall mail a copy of the most recent docket entries in this action, dated September 1, 2021 to the present, to Plaintiff at his current address of record.

IT IS SO ORDERED.

Dated: **October 27, 2021**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE